IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO GENESIS COVINGTON,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>DARREL G. ADAMS, Warden<br><br>　　　　Respondent. | No. C 05-4973 JSW (PR)<br><br>**TRANSFER ORDER**<br><br>(Docket No. 2) |

Petitioner, a prisoner of the State of California incarcerated in Corcoran, California, seeks federal habeas review of his conviction from Sacramento County, which lies within the venue of the Eastern District of California. *See* 28 USC § 84(b). Petitioner has also filed a motion seeking to proceed in forma pauperis (docket no. 2).

Venue is proper in a habeas action in either the district of conviction or the district of confinement, *see* 28 U.S.C. § 2241(d). However, federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Because the County of Sacramento lies within the venue of the Eastern District of California, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California. Because this Court is transferring

1  Petitioner's case to the Eastern District of California, it will not resolve the pending
2  motion seeking in forma pauperis status (docket no. 2).
3       The Clerk of the Court is directed to transfer this matter forthwith.
4       IT IS SO ORDERED.
5  DATED: January 31, 2006          _____
                                      JEFFREY S. WHITE
6                                        United States District Judge

2